UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY BEAVEE,

                            Plaintiff(s),

              v.

ACER THERAPEUTICS INC., et al.,

                          Defendant(s).

23-CV-8995 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

        An order issued October 17, 2023, scheduled an initial pretrial conference in this matter for December 13, 2023, and required the parties to file a joint status letter and proposed case management plan by December 6, 2023.  *See* ECF No. 6.  No such materials were filed. Defendants have not appeared and Plaintiff has not filed proof of service of Defendants on the docket.

        It is hereby **ORDERED** that, if the parties are in contact, the parties shall file the required materials as soon as possible and no later than **December 8, 2023.**  If the parties are not in contact, Plaintiff shall file a letter on ECF by **December 8, 2023**.  Such letter shall describe his efforts to provide actual notice of this lawsuit to Defendants and shall request adjournment of the initial-pretrial conference, as appropriate.

        SO ORDERED.

Dated: December 7, 2023
       New York, New York

                                                 DALE E. HO
                                     United States District Judge